# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN FINGER, | ) |
| Plaintiff, | ) Case No. 1:22-cv-00188-RGA |
| v. | ) |
| CMC MATERIALS, INC., RICHARD S. HILL, BARBARA A. KLEIN, DAVID H. LI, WILLIAM P. NOGLOWS, PAUL J. REILLY, ANNE K. ROBY, SUSAN M. WHITNEY, and GEOFFREY WILD, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 8, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*